

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00322-CV

| | | |
|---|---|---|
| NATALIE STROIK, Appellant/Cross-Appellee | § | On Appeal from the 481st District Court |
| | § | of Denton County (21-11017-367) |
| V. | § | May 15, 2025 |
| DAVID LEE STROIK, Appellee/Cross-Appellant | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render a judgment that David Lee Stroik take nothing on his claim.

It is further ordered that David Lee Stroik shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth